# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on May 1, 2013, the cause upon appeal to revise or reverse your judgment between

Construction Financial Services, Inc., Appellant

V.

Chicago Title Insurance Company, Appellee

No. 04-12-00375-CV and Tr. Ct. No. 2010-CI-11173

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's summary judgment in favor of Chicago Title Insurance Company is AFFIRMED as to Construction Financial Services Inc.'s claims for breach of fiduciary duty and breach of contract; the trial court's summary judgment in favor of Chicago Title Insurance Company is REVERSED as to Construction Financial Services Inc.'s claims for negligence and violation of the Texas Deceptive Trade Practices Act, and those claims are REMANDED for further proceedings consistent with this court's opinion.**

**It is ORDERED that each party bear its own costs of this appeal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 19, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-12-00375-CV

**Construction Financial Services, Inc.**

**v.**

**Chicago Title Insurance Company**

(NO. 2010-CI-11173 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | FIDELITY NATIONAL LAW GROUP |
| MOTION FEE | $15.00 | E-PAID | FEDELITY NATIONAL TITLE |
| MOTION FEE | $10.00 | E-PAID | FIDELITY NATIONAL TITLE |
| MOTION FEE | $10.00 | PAID | GOLDEN LAW |
| MOTION FEE | $10.00 | PAID | ROCKY MOUNTAIN SUPPORT SERVICES |
| MOTION FEE | $10.00 | PAID | GOLDEN LAW |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | GOLDEN LAW |
| FILING | $100.00 | PAID | GOLDEN LAW |
| INDIGENT | $25.00 | PAID | GOLDEN LAW |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this October 19, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853